IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| EITAN ELIAHU, and<br>DAN SILBERMAN<br><br>Plaintiffs,<br><br>VS.<br><br>JEWISH AGENCY FOR ISRAEL, NEW ISRAEL FUND,<br>JEWISH FEDERATIONS OF NORTH AMERICA, NA'AMAT,<br>WOMEN'S INTERNATIONAL ZIONIST ORGANIZATION,<br>PEF ISRAEL ENDOWMENT FUND, TZIPI LIVNI,<br>SHMUEL CHAMDANI, NA'AMA BOLTIN,<br>MIRIAM DARMONY, AVIGAIL YALUMI,<br>EINAT GILEAD-MESHULAM, TOMER MOSKOWITZ,<br>CLANIT BERGMAN, JOHN HAGEE,<br>INTERNATIONAL FELLOWSHIP OF CHRISTIANS & JEWS,<br>JERUSALEM INSTITUTE OF JUSTICE, CARY SUMMERS,<br><br>Defendants. | 16 cv. 7593 (WHP) |

## NOTICE OF APPEAL

Notice is hereby given that Eitan Eliahu and Dan Silberman, plaintiffs in the above action hereby appeal to the United States Court of Appeals for the Second Circuit from a final judgment dismissing the action with prejudice and enjoining Plaintiff Eitan Eliahu from filing any lawsuits without court permission entered in this action on the 28th day of December 2017.

Dated: Neponsit, New York
January 25, 2018

LAW OFFICES OF SAUL ROFFE, ESQ. P.C

By: _____
     Saul Roffe

52 Homestead Circle
Marlboro, NJ 07746

272 Beach 140th St.
Neponsit NY 11694

saulroffe@roffelaw.com
(732) 616-1304
Fax:(732) 490-5964
Attorney for Plaintiffs