IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| DOTAN NEWMAN,<br>R. DAVID WEISSKOPF,<br>ELDAD GIDON,<br><br>Plaintiffs,<br><br>VS.<br><br>JEWISH AGENCY FOR ISRAEL, NEW ISRAEL FUND,<br>JEWISH FEDERATIONS OF NORTH AMERICA, NA'AMAT,<br>WOMEN'S INTERNATIONAL ZIONIST ORGANIZATION,<br>PEF ISRAEL ENDOWMENT FUND, TZIPI LIVNI,<br>SHMUEL CHAMDANI, NA'AMA BOLTIN,<br>MIRIAM DARMONY, AVIGAIL YALUMI,<br>EINAT GILEAD-MESHULAM, TOMER MOSKOWITZ,<br>CLANIT BERGMAN, JOHN HAGEE,<br>INTERNATIONAL FELLOWSHIP OF CHRISTIANS & JEWS,<br>JERUSALEM INSTITUTE OF JUSTICE, CARY SUMMERS,<br><br>Defendants. | 16 cv. 7593 (WHP) |

**NOTICE OF APPEAL**

Notice is hereby given that Dotan Newman, Eldad Gidon and R. David Weisskopf, plaintiffs in the above action hereby appeal to the United States Court of Appeals for the Second Circuit from a final judgment dismissing the action with prejudice and enjoining Plaintiff R. David Weisskopf from filing any lawsuits without court permission entered in this action on the 28th day of December 2017.

Dated: Neponsit, New York
January 24, 2018

                LAW OFFICES OF SAUL ROFFE, ESQ. P.C

                By: _____
                    Saul Roffe

                52 Homestead Circle
                Marlboro, NJ 07746

                272 Beach 140th St.
                Neponsit NY 11694

                saulroffe@roffelaw.com
                (732) 616-1304
                Fax:(732) 490-5964
                Attorney for Plaintiffs