UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Newman et al

                   Plaintiff,      Case No. 1:16-cv-07593-WHP

   -against-

Jewish Agency for Israel et al    Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Kristina Allen**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KA1985   My State Bar Number is 4928669

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: McGuireWoods LLP
                 FIRM ADDRESS: 1345 Avenue of the Americas ; NY, NY 10105
                 FIRM TELEPHONE NUMBER: (212) 548-2100
                 FIRM FAX NUMBER: (212) 715-6262

NEW FIRM:    FIRM NAME: Kelley Drye & Warren, LLP
                 FIRM ADDRESS: 101 Park Avenue; NY, NY 10178
                 FIRM TELEPHONE NUMBER: 212-808-7800
                 FIRM FAX NUMBER: 212-808-7897

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/23/2018

                                           ATTORNEY'S SIGNATURE