**MEMO ENDORSED**

# ARNOLD & PORTER
# KAYE SCHOLER

March 16, 2018

Application granted. The Clerk of Court is directed to strike Avigail Yalumi from the case caption.

SO ORDERED:

<u>VIA ECF AND UPS</u>

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 20B
New York, New York 10007-1312

_____
WILLIAM H. PAULEY III
U.S.D.J.

3-19-18

Re: *Newman v. Jewish Agency for Israel*, No. 16 Civ. 7593 (WHP)
    Request to amend case caption

Dear Judge Pauley:

We write to respectfully request that "Avigail Yalumi" be removed from the case caption in this matter. "Avigail Yalumi" is the same person as "Orit Avigail Yahalomi," who is already correctly listed as a party. Undersigned counsel has conferred with plaintiffs' counsel, and plaintiffs consent to this request.

The reason for this request is that the Clerk for the U.S. Court of Appeals for the Second Circuit has notified counsel that the Court of Appeals is unable to correct the case caption on appeal without that change first being entered on the District Court's docket.

Respectfully submitted,
**Arnold & Porter Kaye Scholer LLP**

/s/ John B. Bellinger, III
John B. Bellinger, III
R. Reeves Anderson
Kevin Sullivan
Stephen K. Wirth